UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JIMMY HALE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:21–CV–118 |
| | ) |
| MADISON COUNTY, NORTH CAROLINA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge dated September 15, 2021. [Doc. 5]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff's Application to Proceed *In Forma Pauperis* be granted, and that his Complaint should be dismissed for failure to state a claim. [*Id.*]. Further, the Magistrate Judge recommends the denial of a motion to appoint counsel filed by Plaintiff. [*Id.*]. No party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

After consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 5], and that Plaintiff's Application to Proceed *In Forma Pauperis* be GRANTED, [Doc. 1]. Additionally, Plaintiff's Motion for Appointment of Counsel, [Doc. 4], is DENIED. Further, Plaintiff's Complaint is DISMISSED without prejudice.

So ordered.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE